IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

OCT 27 8 47 AM '83

IN RE: Letters Rogatory From Superior Court
Criminal Jurisdiction, of the District
of St. Francois, Quebec, Canada

No. M83-52-D

ORDER

Upon application of the United States of America, made on behalf of the Superior Court, Criminal Jurisdiction, of the district of St. Francois, Quebec, Canada, seeking appointment of a Commissioner to conduct a deposition of one Rita Ott, located within the jurisdiction of this Court, and the Court having read the request from W. Stephen Thayer, III, United States Attorney for the District of New Hampshire, and being fully informed in the premises.

IT IS HEREBY ORDERED, pursuant to the authority contained in Title 28, United States Code, Section 1782, that Robert J. Lynn, Assistant United States Attorney, be and hereby is appointed as Commissioner to obtain the evidence requested in the attached request.

IT IS HEREBY ORDERED that a subpoena duces tecum be issued to Rita Ott, residing at Province Road, Barrington, New Hampshire, ordering her to appear at the office of the United States Attorney, Federal Building, Concord, New Hampshire on October 28, 1983, at 10:00 a.m. to produce documents and give testimony in the requested deposition.

3

2

IT IS FURTHER ORDERED that the deposition be conducted according to the practice and procedure currently effective in the requesting Court for the taking of depositions and the production of documents.

IT IS FURTHER ORDERED, pursuant to Title 28, United States Code, Section 1782, that Robert J. Lynn, Assistant United States Attorney is authorized to certify the documents and testimony obtained in conformity with the attached request and under seal of this Court, to submit all documents obtained to the United States Department of Justice for communication to the requesting authority and to do all else that may be necessary for the accomplishment of the purpose of this Order.

DATED: 10/27/83                         _____